IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE ARKANSAS

PHILIP HOLZKAMPER, II                                                                          PLAINTIFF

v.                              Civil No. 05-5071

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                                 DEFENDANT

## O R D E R

Pending before this court is the above action seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying plaintiff's claims for period of disability and disability insurance benefits (DIB) and supplemental security income (SSI) benefits under the provisions of Titles II and XVI of the Social Security Act (Act). In review of the record, it appears plaintiff may be a resident and citizen of the State of Missouri. Although the complaint filed on April 22, 2005, asserts the plaintiff is a resident and citizen of Benton County, Arkansas, the court notes the record in numerous places indicates the plaintiff resides in Pineville Missouri. *See e.g.,* (Tr. 5–Notice of Appeals Council action); (Tr. 12, Tr. 115, Tr. 158–various letters from plaintiff's counsel with copies to the plaintiff); (Tr. 13–Notice of Unfavorable Decision by the ALJ); (Tr. 23–Appointment of Representative); (Tr. 39–Notice of Hearing); (Tr. 291 Transcript of the Hearing Before the ALJ).

Plaintiff is directed to file an affidavit indicating his exact **current** address and telephone number, and the same for **the date the Complaint was filed**. Plaintiff is to provide dates and specific residential information for **each occasion** he changed his residency during the pendency of this action, and this information is to be provided to the Court by **May 1, 2006**.

IT IS SO ORDERED this 10th day of April 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)