IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PHILIP HOLZKAMPER, II                                                        PLAINTIFF


          v.                              Civil No. 05-5071


JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                               DEFENDANT

## J U D G M E N T

Now on this 16th day of May, 2006, comes on for consideration the Report and

Recommendation dated April 24, 2006, by the Honorable Beverly Stites Jones, United States

Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without

objections being filed by the parties.  The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation; affirms

the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.


                                              /s/Jimm Larry Hendren
                                              HON. JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE